JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE T., | Case No. 2:24-cv-05919-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LELAND DUDEK, | |
| Acting Commissioner of Social Security, Defendant. | |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner is AFFIRMED.

DATED: March 6, 2025

_____
KAREN E. SCOTT
United States Magistrate Judge

1